Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
22, 2007








Petition for Writ of
Mandamus Denied and Memorandum Opinion filed March 22, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00168-CV

____________

 

IN RE R. WAYNE JOHNSON,

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
February 26, 2007, relator R. Wayne Johnson, an inmate, filed a mandamus
petition in this court,[1] claiming an
order entered in Cause No. 06-55819, 269th District Court, Harris County,
Texas, is void. 

Relator
fails to establish that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus.    

 








PER
CURIAM

 

Petition Denied and Memorandum Opinion filed March 22,
2007.

Panel consists of Chief Justice Hedges and Justices
Fowler and Edelman.  









[1]See Tex. Gov=t Code Ann.
' 22.221 (Vernon 2004).